UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    Leon Bruce Cole, Jr
    Lisa Delores Cole

Debtor(s)

Case No.:  09 B 27808

Chapter:  13

Judge Bruce W. Black

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Glenn B. Stearns, Chapter 13 Trustee,  4343 Commerce Court, Suite 120, Lisle, IL 60532
      Leon Bruce Cole, Jr,  Lisa Delores Cole , Debtor(s),  432 Arnold Ave,  Romeoville,  IL  60446
      Andrew B. Nelson, Attorney for Debtor(s),  55 E. Monroe Street #3400, Chicago, Il 60603

     You are hereby notified that debtor(s) is(are) due to BAC HOME LOANS SERVICING, L.P FKA COUNTRYWIDE HOME LOANS SERVICING LP for the contractual mortgage payment due 08/01/10.  As of 10/12/10, Debtor owes for the 08/01/10 through 10/01/10 post-petition mortgage payments, with the 11/01/10 coming due and $2,061.82 in suspense.  The current mortgage payment amount due each month is $1,641.76.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

     Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 01/01/11, BAC HOME LOANS SERVICING, L.P FKA COUNTRYWIDE HOME LOANS SERVICING LP's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on December 2, 2010.

                                                                         /s/ Cari A. Kauffman
                                                                         Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-09-23980)**
NOTE: This law firm is deemed to be a debt collector.